## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WHITSERVE LLC, | : | CIVIL ACTION NO. |
| | : | 3:11-CV-00948 (JCH) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GODADDY.COM, INC. | : | JUNE 29, 2011 |
| AND ZYGO CORP., | : | |
| | : | |
| Defendants. | : | |

**MOTION FOR EXTENSION OF TIME
TO FILE A RESPONSIVE PLEADING**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 7(b), the Defendants, GoDaddy.com, Inc. and Zygo Corp., move for a 30-day extension of time up to and including August 12, 2011 to file a responsive pleading. Defendants seek the additional time to ascertain facts sufficient to formulate a response to the Plaintiff's Complaint. This is the Defendants' first motion for extension of time. Plaintiff's counsel consents to this proposed extension.

DEFENDANTS – GODADDY.COM, INC.
AND ZYGO CORP.

By  /s/ Elizabeth J. Stewart
     Elizabeth J. Stewart – ct01316

Murtha Cullina LLP
Whitney Grove Square
Two Whitney Avenue, 4th Floor
New Haven, CT  06510
Telephone:  203-772-7700
Facsimile:   203-772-7723
Email:  estewart@murthalaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 29, 2011, a true and correct copy of the foregoing Motion for Extension of Time to File a Responsive Pleading was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ Elizabeth J. Stewart
      Elizabeth J. Stewart – ct01316