**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| WhitServe, LLC,<br><br>        Plaintiff,<br><br>  vs.<br><br>GoDaddy.com, Inc., and Zygo Corp.,<br><br>        Defendants. | CASE NO. 3:11-cv-00948-JCH<br><br>JURY TRIAL DEMANDED<br><br><br><br>Filed:  August 12, 2011 |

### GODADDY.COM, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant GoDaddy.com, Inc. ("Go Daddy"), hereby files its Corporate Disclosure Statement, as follows:

1. GoDaddy.com, Inc. is a wholly owned subsidiary of The Go Daddy Group, Inc.

2. No publicly held corporation owns 10% or more of Go Daddy's stock.

Respectfully submitted this 12th day of August, 2011.

                                           **BALLARD SPAHR LLP**

                                           By: */s/ Brian W. LaCorte*
                                           Brian W. LaCorte (Federal Bar No. phv04864)
                                           lacorteb@ballardspahr.com
                                           Donna H. Catalfio (Federal Bar No. phv04865)
                                           catalfiod@ballardspahr.com
                                           Andrea L. Stone (Federal Bar No. phv04866)
                                           stonea@ballardspahr.com
                                           One East Washington Street, Suite 2300
                                           Phoenix, Arizona 85004
                                           Telephone: (602) 798-5449
                                           Facsimile: (602) 798-5595

**MURTHA CULLINA LLP**
Elizabeth J. Stewart  (Federal Bar No. ct01316)
estewart@murthalaw.com
Whitney Grove Square
2 Whitney Avenue
New Haven, CT 06510
Telephone: 203-772-7710
Facsimile: 860-240-5928

*Attorneys for Defendant and Counter-Plaintiff*
*GoDaddy.com, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5(c) on this 12th day of August, 2011.

                                  */s/ Brian W. LaCorte*
                                  Brian W. LaCorte