IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WhitServe LLC, | : | Civil Action No. 3:11-cv-00948-JCH |
| Plaintiff, | : | |
| v. | : | JURY DEMAND |
| GoDaddy.com, Inc.; and Zygo Corp., | : | |
| Defendants. | : | |
| | : | August 12, 2011 |

**DEFENDANT ZYGO CORP.'S MOTION TO DISMISS
FOR FAILURE TO STATE A CLAIM**

    Defendant Zygo Corp. ("Zygo") moves for an order dismissing the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.  In its Complaint, WhitServe fails to identify the most basic facts about its infringement allegations against Zygo.  WhitServe does not identify which patent claims are allegedly infringed.  WhitServe does not specify what actions taken by Zygo result in infringement.  In the sixty-paragraph Complaint, there is only a single allegation directed to Zygo – that Zygo "uses" infringing products to maintain its web page (Complaint, Paragraph 57).  That allegation is conclusory and based on unwarranted inferences of fact.  Such allegations are insufficient to

**NO ORAL ARGUMENT REQUESTED
NO TESTIMONY REQUIRED**

support a patent infringement claim.  This Motion is supported by the accompanying

Memorandum of Law and the Affidavits of Larry Blythe Hostetler, Jr. and Michael Stielau.[1]

                                            **DEFENDANT ZYGO CORP.**

                                            By   /s/ Brian W. LaCorte
                                            Brian W. LaCorte (phv04864)
                                            Donna H. Catalfio (phv04865)
                                            Andrea L. Stone (phv04866)
                                            Ballard Spahr LLP
                                            1 East Washington Street
                                            Suite 2300
                                            Phoenix, AZ 85004
                                            Telephone:  602-798-5449
                                            Facsimile:   602-798-5595
                                            Email:  lacorteb@ballardspahr.com

                                            Elizabeth J. Stewart - ct01316
                                            Murtha Cullina LLP
                                            Whitney Grove Square
                                            Two Whitney Avenue, 4th Floor
                                            New Haven, CT 06510
                                            Telephone: 203-772-7700
                                            Facsimile: 203-772-7723
                                            Email: estewart@murthalaw.com

                                            Its Attorneys

---

[1] With regard to its motion to dismiss, Zygo relies solely on the Complaint and U.S. Patent Nos. 5,895,468 and 6,182,078, which are referred to in the Complaint.  Zygo relies on the Affidavits of Larry Blythe Hostetler, Jr. and Michael Stielau for the sole purpose of demonstrating that amendment of the complaint would be futile.

**NO ORAL ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2011, a true and correct copy of the foregoing Defendant Zygo Corp.'s Motion to Dismiss for Failure to State a Claim was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Brian W. LaCorte*
Brian W. LaCorte