# EXHIBIT D

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

```
-------------------------------------------------- x
                                                   :
WhitServe LLC,                                     :        Civil Action No. 3:11-cv-00948-JCH
                                                   :
                      Plaintiff,                   :
                                                   :
v.                                                 :
                                                   :
GoDaddy.com, Inc.; and                             :
Zygo Corp.,                                        :
                                                   :
                      Defendants.                  :
                                                   :
-------------------------------------------------- x
```

### AFFIDAVIT OF MICHAEL STIELAU

I, Michael Stielau, being duly sworn, hereby depose and state:

1.      I am over 18 years of age and understand the obligations of an oath.

2.      I am currently a web developer at Zygo Corporation ("Zygo").  In that capacity, I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.  I have knowledge regarding Zygo's renewal of its domain names with GoDaddy.com, Inc. ("Go Daddy").

3.      When registering its domain names, Zygo did not have the option to choose whether or not it would receive account renewal notifications from Go Daddy via email.

4.     Zygo does not control or initiate any email account renewal reminder it receives

from Go Daddy.

_Michael Stielau_

Michael Stielau

Subscribed and sworn to before me this __12__ day of August, 2011.

_Holly V Brodesser_

Commissioner of the Superior Court
Notary Public
My Commission Expires: __4/30/16__

HC___ V BRODESSER
___ RY PUBLIC
___ ECTICUT
MY COMM ___ EXPIRES 04/30/2016

2