UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WHITSERVE LLC, | CIVIL ACTION NO. |
|          Plaintiff, | 3:11-CV-00948 (JCH) |
| v. | |
| GODADDY.COM, INC. AND ZYGO CORP., | OCTOBER 12, 2011 |
|          Defendants. | |

**DEFENDANTS' MOTION TO DISQUALIFY ST. ONGE, STEWARD, JOHNSTON & REENS LLC AS COUNSEL FOR WHITSERVE LLC**

Pursuant to D. Conn. L. Civ. R. 83.13, Defendants GoDaddy.com, Inc., and Zygo Corporation move to disqualify the law firm St. Onge, Steward, Johnston & Reens LLC ("St. Onge") as counsel for Plaintiff WhitServe LLC. St. Onge should be prohibited from continued representation of WhitServe because one of St. Onge's members, Wesley Whitmyer, will be a primary fact witness for all parties on substantive and contested issues in this litigation. Whitmyer is the inventor and prosecution counsel for the patents at issue, and he is the sole principal of WhitServe. Disqualification of St. Onge will not work substantial hardship on WhitServe because WhitServe is also represented by counsel from Niro, Scavone, Haller & Niro in this action. Moreover, because of St. Onge's involvement in other aspects of WhitServe's business, including the prosecution of WhitServe's patent applications, the defendants will be prejudiced because allowing St. Onge to remain as counsel would create an unacceptable risk of inadvertent disclosure of competitive and confidential information that may be learned during the instant litigation. For the reasons more fully set forth

in the accompanying Memorandum of Law, St. Onge should be disqualified as counsel for WhitServe in this action.

**DEFENDANTS – GODADDY.COM, INC., AND ZYGO CORPORATION**

By  /s/ Elizabeth J. Stewart
    Elizabeth J. Stewart – ct01316
    Ka Fei Wong – ct 28130

Murtha Cullina LLP
Whitney Grove Square
Two Whitney Avenue, 4th Floor
New Haven, CT  06510
Telephone:  203-772-7700
Facsimile:   203-772-7723
Email:  estewart@murthalaw.com
       kwong@murthalaw.com
Their Attorneys

Of Counsel:

Brian W. LaCorte
Donna H. Catalfio
Andrea L. Stone
Ballard Spahr, LLP
1 East Washington, Suite 2300
Phoenix, AZ  85004-2555
Telephone:  602-798-5400
Facsimile:   602-798-5595
Email:  lacorteb@ballardspahr.com
       catalfiod@ballardspahr.com
       stonea@ballardspahr.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2011, a true and correct copy of the foregoing Motion to Disqualify St. Onge, Steward, Johnston & Reens LLC as Counsel for WhitServe LLC was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              /s/ Elizabeth J. Stewart
                                                Elizabeth J. Stewart – ct01316