## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF CONNECTICUT

```
-----------------------------------------------------------------x
                                                                 :
WhitServe LLC,                                                   :
                                                                 :
                Plaintiff,                                       :    Civil Action No. 3:11-cv-00948 JCH
                                                                 :
v.                                                               :
                                                                 :
GoDaddy.com, Inc.; and                                           :
Zygo Corp.,                                                      :
                                                                 :
                Defendants.                                      :
                                                                 :
-----------------------------------------------------------------x
```

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1), Plaintiff WhitServe LLC ("WhitServe") hereby dismisses Without Prejudice its Complaint against Defendant Zygo Corp.

Respectfully Submitted

October 19, 2011            */s/ Gene S. Winter*_____
Date                        Gene S. Winter, ct05137
                            Michael J. Kosma, ct27906
                            Stephen Ball, ct28234
                            ST. ONGE STEWARD JOHNSTON & REENS LLC
                            986 Bedford Street
                            Stamford, Connecticut 06905-5619
                            Telephone: (203) 324-6155
                            Facsimile: (203) 327-1096
                            Email: litigation@ssjr.com

                            *ATTORNEYS FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

This is to certify that on this 19th day of October 2011, a true and correct copy of the foregoing **NOTICE OF DISMISSAL WITHOUT PREJUDICE** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

Brian W. LaCorte
Ballard Spahr LLP
1 East Washington Street
Suite 2300
Phoenix, AZ 85004-2555


Elizabeth J. Stewart
Murtha Cullina LLP
Whitney Grove Square
Two Whitney Avenue
4th Floor
New Haven, CT 06510

October 19, 2011                    */s/Joan M. Burnett*
Date