# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

```
-----------------------------------------------------------x
                                              :
WhitServe LLC,                                :      Civil Action No.
                                              :      3:11-cv-00948-JCH
                                              :
                 Plaintiff,                   :
                                              :
v.                                            :
                                              :
GoDaddy.com, Inc.,                            :
                                              :
                                              :
                 Defendant.                   :
                                              :
-----------------------------------------------------------x
```

## PARTIES' JOINT STATUS REPORT

Plaintiff WhitServe LLC ("WhitServe") and Defendant GoDaddy.com, Inc. ("GoDaddy") submit this Joint Status Report in accordance with the Court's November 17, 2011 Scheduling Order.  (Dkt. 85.)

1. Status of Discovery

On August 25, 2011, GoDaddy served on WhitServe its First Set of Interrogatories. WhitServe responded on September 27, 2011.

On August 25, 2011, GoDaddy served on WhitServe its First Set of Document Requests. WhitServe responded on September 27, 2011, producing almost 33,000 pages of documents.

On August 26, 2011, WhitServe served on GoDaddy its First Set of Document Requests. GoDaddy responded to WhitServe's First Set of Document Requests on October 17, 2011.  On December 8, 2011 WhitServe received almost 700 pages of documents.  Go Daddy will meet and confer with WhitServe within seven days hereof as to (i) clarification or narrowing of several

WhitServe requests that will result in additional production of documents (ii) identification of search terms and email custodians for the production of email and (iii) specific challenges concerning production of Go Daddy's source code and an appropriate inspection protocol for same that is customary in software cases.

On November 23, 2011, WhitServe served on GoDaddy its Revised First Set of Interrogatories.  GoDaddy's responses are due December  27 (Stephen—please note the 26th is a court holiday and our office is closed), 2011.

2.  Current Deadlines

In accordance with the Court's November 17, 2011 Scheduling Order, (Dkt. 85), the parties met and conferred regarding preliminary claim construction on December 1, 2011. WhitServe identified one claim term that it believes is at issue and GoDaddy identified twenty claim terms.  WhitServe's preliminary claim constructions are due on December 22, 2011. GoDaddy's response is due January 12, 2011.

3.  Contemplated Amendments to Pleadings or Dispositive Motions

The parties do not currently intend to amend their pleadings.

Discovery is in its early stages and the parties are considering whether to file dispositive motions.

4.  Misc. Matters Relevant to Case

The Court has not yet acted on GoDaddy's Motion to Disqualify St. Onge Steward Johnston & Reens LLC as Counsel. (Dkt. 67.)

Respectfully submitted,


Date: December 15, 2011   By: */s/ Gene S. Winter*
            Gene S. Winter (ct05137)
            Stephen P. McNamara (ct01220)
            Stephen Ball (ct28234)
            Michael J. Kosma (ct27906)
            ST. ONGE STEWARD JOHNSTON & REENS LLC
            986 Bedford Street
            Stamford, Connecticut 06905-5619
            Telephone: (203) 324-6155
            Facsimile:  (203) 327-1096
            Email: litigation@ssjr.com

            ATTORNEYS FOR WHITSERVE LLC


Date: December 15, 2011   By: */s/ Elizabeth J. Stewart*
            Elizabeth J. Stewart
            MURTHA CULLINA LLP
            Whitney Grove Square
            Two Whitney Avenue
            4th Floor
            New Haven, CT 06510

            Brian W. LaCorte
            BALLARD SPAHR LLP
            1 East Washington Street
            Suite 2300
            Phoenix, AZ 85004-2555

            ATTORNEYS FOR GODADDY.COM, INC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed under the Court's CM/ECF system, automatically effecting service on counsel of record for all parties to this action.


Dated:  <u>December 15, 2011</u>                    <u>*/s/ Joan M. Burnett*</u>
                                                              Joan M. Burnett