IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WhitServe LLC, | Civil Action No. 3:11-cv-00948-JCH |
| Plaintiff, | |
| v. | |
| GoDaddy.com, Inc., | |
| Defendant. | June 1, 2012 |

## GO DADDY'S MOTION FOR PROTECTIVE ORDER

This dispute involves GoDaddy.com, Inc.'s ("Go Daddy") concern about disclosing its source code and other highly confidential technical documents to a gentleman who has acted as a business or technology consultant to WhitServe, LLC ("WhitServe") or related entities, and has refused to confirm that he will not act as a business or technology consultant to WhitServe or related entities in the future.  Go Daddy makes this Motion pursuant to Federal Rule of Civil Procedure 26(c), Paragraph 24 of the Stipulated Protective Order entered by this Court on May 11, 2012 (Dkt. No. 118), and the Court's Order granting the parties' joint request for an extension of time (Dkt. No. 124).  For the reasons set forth more fully in the accompanying Memorandum of Law, Go Daddy respectfully moves this Court for a protective order prohibiting WhitServe, LLC ("WhitServe") from disclosing Go Daddy's highly confidential information to

ORAL ARGUMENT REQUESTED

Dr. Frederick Sayward under the Stipulated Protective Order, unless and until: (1) WhitServe provides a written statement indicating that Dr. Sayward will not consult with WhitServe, Mr. Whitmyer, NetDocket, LLC and/or the St. Onge law firm regarding intellectual property docketing systems, systems for sending professional services reminders, or any other technology related to the subject matter of this lawsuit following its receipt and review of Go Daddy's highly confidential technical information; <u>or</u> (2) WhitServe provides the requested portions of Dr. Sayward's deposition and trial transcripts to Go Daddy so that Go Daddy can evaluate the nature and scope of the past relationship between Dr. Sayward and WhitServe, Mr. Whitmyer, NetDocket, LLC and/or the St. Onge law firm, and fully evaluate the risk of inadvertent disclosure of Go Daddy's information..

Date: June 1, 2012

**DEFENDANT GODADDY.COM, INC.**

By   /s/ Ka Fei Wong
Elizabeth J. Stewart  (ct01316)
Ka Fei Wong (ct28130)
Murtha Cullina LLP
Whitney Grove Square
Two Whitney Avenue, 4th Floor
New Haven, CT 06510
Telephone:  203-772-7700
Facsimile:  203-772-7723
Email: estewart@murthalaw.com

Brian W. LaCorte (phv04864)
Donna H. Catalfio (phv04865)
Andrea L. Stone (phv04866)
Ballard Spahr LLP
1 East Washington Street, Suite 2300

Phoenix, AZ 85004
Telephone:  602.798.5449
Facsimile:  602.798.5595
Email:  lacorteb@ballardspahr.com


*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 1, 2012, a true and correct copy of the foregoing Motion for Protective Order was filed electronically and served by U.S. first-class mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by U.S. first-class mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                                 /s/ Ka Fei Wong
                                            Ka Fei Wong (ct28130)