# Exhibit F

# Filed Under Seal