**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **WhitServe LLC,** | | |
| **Plaintiff,** | | **Civil Action No. 3:11-cv-00948-JCH** |
| **v.** | | |
| **GoDaddy.com, Inc.,** | | **December 18, 2012** |
| **Defendant.** | | |

**GO DADDY'S MOTION FOR SUMMARY JUDGMENT CONCERNING PATENT MARKING, NON-INFRINGEMENT AND CLAIM CONSTRUCTION**

Pursuant to Federal Rule of Civil Procedure 56, Go Daddy hereby files its Motion for Summary Judgment concerning Patent Marking, Non-Infringement and Claim Construction. This Motion is supported by the accompanying Memorandum of Law and Statement of Material Facts as to which there is no genuine dispute for trial.

Dated December 18, 2012.

Respectfully submitted

*/s/ Brian W. LaCorte*

Brian W. LaCorte (Federal Bar No. phv04864)
lacorteb@ballardspahr.com
Andrea L. Stone (Federal Bar No. phv04866)
stonea@ballardspahr.com
**Ballard Spahr LLP**
One East Washington Street, Suite 2300
Phoenix, Arizona 85004
Telephone: (602) 798-5449
Facsimile: (602) 798-5595

Daniel A. Nadel (Federal Bar No. phv05505)
nadeld@ballardpspahr.com
**Ballard Spahr LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 665-8500
Facsimile: (215) 864-8999

Elizabeth J. Stewart (Federal Bar No. ct01316)
estewart@murthalaw.com
**Murtha Cullina LLP**
Whitney Grove Square
2 Whitney Avenue, 4th Floor
New Haven, CT 06510
Telephone: 203-772-7710
Facsimile: 860-240-5928
*Attorneys for Defendant GoDaddy.com, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2012, a copy of the foregoing Motion for Summary Judgment of Invalidity was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Brian W. LaCorte*
Brian W. LaCorte (phv04864)