# Exhibit M

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| WhitServe LLC,<br><br>Plaintiff,<br><br>v.<br><br>GoDaddy.com, Inc.,<br><br>Defendant. | Civil Action No.<br>3:ll-cv-00948-JCH |

**<u>EXPERT REPORT OF FREDERICK G. SAYWARD</u>**

11. As set forth in my curriculum vitae, I am the principal author or co-author of 16 peer-reviewed publications, journal articles, or books and I am the principal author or co-author of 15 conference proceedings papers.

12. I am the inventor of U.S. Patent No. 5,712,712 for a Rapid Delivery of Facsimile or Other Data Sets to a Massive Number of Recipients.

13. In the past four years, I have testified in the following cases:

*WhitServe LLC v. Computer Packages, Inc.*,
Civil No. 3:06CV01935
District of Connecticut

## II. SUBJECT OF REPORT

14. I have been asked to analyze systems for managing renewals for domain name registrations and related services over the Internet ("reminder products") offered by GoDaddy.com, Inc. ("Go Daddy") in view of U.S. Patent No. 5,895,468 ("the '468 patent", Ex. B) and U.S. Patent No. 6,182,078 ("the '078 patent", Ex. C). I have been asked to determine whether these reminder products contain claims of the '468 and '078 patents.

15. As discussed in detail below, it is my conclusion that all of the features of claims 1-4, 9, 13-16, and 24-27 of the '468 patent and claims 1 and 7-10 of the '078 patent can be found in Go Daddy's reminder products.

## III. MATERIALS CONSIDERED

16. In forming my opinions expressed in this report, I have considered the information produced in this matter, including the '468 patent and the '078 patent, their prosecution history files, WhitServe's complaint, Go Daddy's interrogatory responses, six(6) source code files produced by Go Daddy (Appendix B), code and database schema reviewed at an initial inspection of Go Daddy server-side source code July 16-20, 2012 at Phoenix AZ, personal usage of the Go Daddy "My Renewals", Go Daddy client-side source code extracted

are compounded when a service professional has many clients, each having multiple matters with deadlines that must be monitored and acted upon. (*Id*., col. 1, ll. 23-26.)

21. The '468 and '078 patents sought to address the failings in systems such as docketing databases. They do so by providing computer-implemented systems and methods for sending reminders and obtaining client instructions over the Internet. Companies in numerous fields can use this technology to reduce the costs associated with obtaining client instructions. The benefits of the inventions include the ability to more effectively manage many clients, each having multiple matters with deadlines.

22. For example, Go Daddy utilizes its reminder products to manage client renewals of domain name registrations and related services. According to Go Daddy's website, it has over 10 million clients. (Ex. D.) Go Daddy advertises that its clients have registered over 52 million domain names. (Ex. D.) In addition to domain name registrations, Go Daddy offers related services including registration options, hosting, storage, web design, ecommerce tools, email, and SSL. (Ex. E.)

23. Domain name registrations and related services are purchased by Go Daddy's clients for a period of time. (Ex. F.) For example, a Go Daddy client may purchase a one-year registration for a domain name, and the client will have to renew the registration at the end of the year in order to maintain it. A Go Daddy client may also purchase a number of additional services, such as registration options, hosting, storage, web design, ecommerce tools, email, and SSL. (Ex. G.) Many services are typically renewed for the same renewal period as for an associated domain name registration. (Ex. H.) As a result of the millions of domain name registrations and related services its clients purchase, Go Daddy must communicate millions of

## V. U.S. PATENT NOS. 5,895,468 AND 6,182,078

27. The ‘468 and ‘078 patents claim systems and methods for sending reminders to clients of upcoming deadlines and obtaining client instruction with respect to the deadlines. Throughout this report, I will reference an embodiment of the system shown in the following annotated Figure 1:




FIG. 1

(‘468 patent, Fig. 1.)[2] Using the technology disclosed in Figure 1 of the ‘468 and ‘078 patents, a service professional’s computer 12 may monitor a database (e.g., docket database shown as reference 14). When an upcoming deadline is identified, the service professional’s computer 12 may generate and transmit a response form 16 to a client computer 20. In response, a client using the client computer 20 may transmit a reply 22 back to the service professional’s computer 12 with an instruction relating to the upcoming deadline. The service professional may perform an action based on the reply.

[2] This corresponds with Fig. 1 from the ‘078 patent. Colored shading has been added.

August 30, 2012

S/ Frederick G. Sayward

Frederick Sayward