IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WhitServe LLC, | ) |
|     Plaintiff-Counter Defendant, | ) Civil Action No. 3:11-cv-00948-WGY |
| v. | ) June 21, 2013 |
| GoDaddy.com, Inc., | ) |
|     Defendant-Counter Claimant. | ) |

## GO DADDY'S MOTION TO STRIKE WHITSERVE'S OPPOSITION

Determined to have the last word, WhitServe filed two days ago what was titled WhitServe's Opposition to Go Daddy's Motion for Leave and Go Daddy's Response (Dkt. No. 314) (hereinafter "WhitServe's Opposition"). But it was not an opposition to Go Daddy's pending motion for leave. Rather, it was a substantive opposition to Go Daddy's Proposed Response included as Exhibit A to that motion for leave.

Faced with the prospect of its patents being invalidated due to claim deficiencies, WhitServe's Opposition seeks to continue adding new arguments and district court case law on the merits for Go Daddy's previously-argued Summary Judgment Motion of Invalidity. Although this new case law does not save *any* of the asserted patent claims from invalidation under Section 112, permitting WhitServe to file a supplemental brief that misstates the facts and misapplies the law prejudices Go Daddy as the movant for summary judgment.

In light of the foregoing, Go Daddy respectfully requests that the Court (1) strike WhitServe's Opposition and (2) grant Go Daddy's Motion for Leave (Dkt. No. 312) to file its Proposed Response in light of WhitServe's Memorandum of Supplemental Authority (Dkt. No. 313). Alternatively, should the Court deny Go Daddy's Motion to Strike, Go Daddy

respectfully requests permission to file a substantive response to address WhitServe's misguided arguments and flawed analyses of the additional case law.

Dated: June 21, 2013

          Respectfully submitted,

          */s/ Daniel A. Nadel*_____
          Brian W. LaCorte (Federal Bar No. phv04864)
          lacorteb@ballardspahr.com
          **Ballard Spahr LLP**
          One East Washington Street, Suite 2300
          Phoenix, Arizona 85004
          Telephone: (602) 798-5449
          Facsimile: (602) 798-5595

          Daniel A. Nadel (Federal Bar No. phv05505)
          nadeld@ballardpspahr.com
          **Ballard Spahr LLP**
          1735 Market Street, 51st Floor
          Philadelphia, PA 19103-7599
          Telephone: (215) 665-8500
          Facsimile: (215) 864-8999

          Katrina M. Quicker (Federal Bar No. phv05777)
          **Ballard Spahr LLP**
          999 Peachtree Street
          Suite 1000
          Atlanta, GA 30309-3915
          Telephone: (678) 420-9300
          Facsimile: (678) 420-9301

          Elizabeth J. Stewart (Federal Bar No. ct01316)
          estewart@murthalaw.com
          **Murtha Cullina LLP**
          Whitney Grove Square
          2 Whitney Avenue, 4th Floor
          New Haven, CT 06510
          Telephone: 203-772-7710
          Facsimile: 860-240-5928

          *Attorneys for Defendant GoDaddy.com, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2013, a copy of the foregoing Go Daddy's Motion to Strike WhitServe's Opposition was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Additionally, a complete and duplicate copy of this document has been forwarded directly to Judge Young in Boston, MA.

/s/ *Daniel A. Nadel*_____
Daniel A. Nadel