IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WhitServe LLC,<br><br>                  Plaintiff,<br><br>   v.<br><br>GoDaddy.com, Inc.<br><br>                  Defendant. | Civil Action No. 3:11-cv-00948-WGY |

## WHITSERVE'S RESPONSE TO GO DADDY'S MOTION TO STRIKE

WhitServe's Opposition (Dkt. 314) should not be stricken. WhitServe filed a timely brief opposing Go Daddy's Motion for Leave to File a Response to WhitServe's Memorandum of Supplemental Authority (Dkt. 312). One reason for the Opposition is that Go Daddy's new "Response" cites new case law and makes new arguments, long after Go Daddy filed its opening summary judgment brief (Dkt. 217). The original motion raised every possible ground for patent invalidity, but glossed over the issues now raised in Go Daddy's new "Response." Go Daddy asserted a conclusion, but did not attempt to explain why any of the WhitServe Patent Claims should be governed by Section 112(f).

WhitServe's Opposition properly explains why Go Daddy's newly cited case law does not support an argument that the WhitServe Patent Claims are written in the means-plus-function format. That is a good reason to deny the Motion for Leave. Although Go Daddy no doubt prefers that its new and unsupported arguments go without response, WhitServe's Opposition is not about having "the last word." (Dkt. 312.) It is a necessary response to the summary judgment movant's request to add new and improper arguments for invalidity.

Therefore, WhitServe respectfully requests that (1) the Court deny Go Daddy's Motion to Strike WhitServe's Opposition, and (2) deny Go Daddy's Motion for Leave.

Dated: June 27, 2013

Respectfully submitted,

/s/ Daniel R. Ferri
Patrick F. Solon
Dean D. Niro
Daniel R. Ferri
NIRO, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, IL 60602
(312) 236-0733
Fax: (312) 236-3137
Email:  DNiro@nshn.com;
solon@nshn.com; DFerri@nshn.com

William J. Sapone
Ware Fressola Maguire & Barber, LLP
Bradford Green, Building Five
755 Main Street, P.O. Box 224
Monroe, Connecticut  06468
Email:  wjs@warefressola.com
Alternate email:  wjspatent @aol.com
(203) 261-1234 (ext. 312)
Fax:  (203) 261-5676

Attorneys for WhitServe LLC

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **WHITSERVE'S RESPONSE TO GO DADDY'S MOTION TO STRIKE** was served electronically this 26th day of June, 2013 and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail at the addresses shown below to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.  A complete, duplicate copy of this document has been forwarded directly to Judge Young in Boston, MA.

Elizabeth J. Stewart (ct01315)
Ka Fei Wong
Jennifer M. DelMonico (ct21751)
Murtha Cullina LLP
Whitney Grove Square
Two Whitney Avenue
4th Floor
New Haven, CT  06510
Tel:  (203) 772-7700
Fax: (203) 772-7723
Email: stewart@murthalaw.com
Email: kwong@murthalaw.com
Email: jdelmonico@murthalaw.com

Daniel Nadel (phv05505)
Ballard Spahr LLP
1735 Market Street
51st Floor
Philadelphia, PA  19103
Tel:  (215) 864-8314
Fax: (215) 864-8999
Email: NadelD@ballardspahr.com

Brian W. LaCorte (phv04864)
Ballard Spahr LLP (phv04865)
1 East Washington Street (phv04866)
Suite 2300
Phoenix, AZ  85004-2555
Tel:  (602) 798-5449
Fax: (602) 798-5595
Email: lacorteb@ballardspahr.com

Katrina M. Quicker
Ballard Spahr LLP
999 Peachtree Street
Atlanta, GA  30309-5915
Tel:  (678) 420-9300
Fax: (678) 420-9301
Email: quickerk@ballardspahr.com

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

/s/Daniel R. Ferri
Attorneys for WhitServe LLC