UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WHITSERVE

v.

GODADDY.COM

11-CV-00948-WGY

ORDER

YOUNG, D. J.

This case is scheduled to be transferred in August for prompt jury trial before another judge sitting in Connecticut. As the pending motion is proving less amenable to resolution than I had previously thought, that date is adjourned without day pending further order of the Court.

**SO ORDERED.**

*William G. Young*
WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE