# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WHITSERVE LLC, | : | CIVIL ACTION NO. |
| | : | 3:11-CV-00948 (JCH) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GODADDY.COM, INC. | : | |
| AND ZYGO CORP., | : | |
| | : | |
| Defendants. | : | NOVEMBER 6, 2013 |

## MOTION OF COUNSEL FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules for the District of Connecticut, the undersigned counsel moves for leave to withdraw his appearance as counsel for Defendant GoDaddy.com, Inc.

There is good cause to grant this request because the undersigned is no longer affiliated with the law firm of Murtha Cullina LLP, which continues to represent Defendant GoDaddy.com, Inc. through other counsel.

In accordance with Local Rule 7(e), this motion is being mailed to Defendant GoDaddy.com, Inc. via certified mail, return receipt requested.

Respectfully Submitted,

DEFENDANT – GODADDY.COM, INC.

By ___*/s/ Ka Fei Wong*_____
    Ka Fei Wong – ct28130
    kafei_wong@yahoo.com

216 Canal Street
New York, NY 10013
Tel.:  646.801.3388

4887346.1

-3-

## CERTIFICATION

I hereby certify that on November 6, 2013, a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing though the Court's CM/ECF System.

*Via certified mail, return receipt requested*:

Stewart Womack, Esq., Assistant General Counsel to GoDaddy.com, Inc.
c/o Ballard Spahr LLP
Attn: Brian W. LaCorte, Esq.
1 East Washington Street, Suite 2300
Phoenix, Arizona  85004-2555

                              */s/ Ka Fei Wong*
                              Ka Fei Wong (ct28130)