**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| WHITSERVE LLC, | : | CIVIL ACTION NO. |
| | : | 3:11-CV-00948-WGY |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GODADDY.COM, INC. | : | |
| AND ZYGO CORP., | : | |
| | : | |
| Defendants. | : | NOVEMBER 8, 2013 |

### CERTIFICATE OF SERVICE

I, Ka Fei Wong, Esq., hereby certify that on November 6, 2013, a copy of my Motion of Counsel for Leave to Withdraw Appearance (the "Motion") was electronically filed (see docket no. 325).  Notice of the filing of the Motion was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access the Motion though the Court's CM/ECF System.

In accordance with Local Rule 7(e), a copy of the Motion was also mailed on November 6, 2013, to Defendant GoDaddy.com, Inc. via certified mail, return receipt requested, as follows:

*Via certified mail, return receipt requested*:

Stewart Womack, Esq., Assistant General Counsel to GoDaddy.com, Inc.
c/o Ballard Spahr LLP
Attn:  Brian W. LaCorte, Esq.
1 East Washington Street, Suite 2300
Phoenix, Arizona  85004-2555

-2-

Furthermore, in accordance with the Basic Procedures and Modification to Local Rules of the Honorable William G. Young (<u>see</u> docket no. 267), a legible, complete copy of the Motion and of this Certificate of Service as presented to the clerk of court in the District of Connecticut for filing was sent this 8th day of November, 2013, by expedited delivery (United Parcel Service Next-Day Air) to the following:

>Jennifer Gaudet, Deputy Clerk
>United States District Court
>Clerk's Office, Suite 2300
>1 Courthouse Way
>Boston, MA 02210

>Respectfully Submitted,

>DEFENDANT – GODADDY.COM, INC.

>By  <u>/s/ Ka Fei Wong</u>
>    Ka Fei Wong – ct28130
>    kafei_wong@yahoo.com

>216 Canal Street
>New York, NY 10013
>Tel.:  646.801.3388