IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WhitServe LLC, | |
| Plaintiff, | Civil Action No. 3:11-cv-00948-WGY |
| v. | |
| GoDaddy.com, Inc. | |
| Defendant. | |

## WHITSERVE LLC'S NOTICE OF NEW AUTHORITY

This notice brings to the Court's attention a new, precedential opinion of the United States Court of Appeals for the Federal Circuit, *EnOcean GmbH v. Face Int'l Corp.*, __ F.3d __, No. 2012-1645 (Fed. Cir. Jan. 31, 2014). The slip opinion is attached as Exhibit 1.

*EnOcean* relates to Defendant's motion for summary judgment of invalidity on the issue of claim indefiniteness, the one issue that remains pending according to the orders of May 3, 2013 (Dkt. 304) and July 26, 2013 (Dkt. 322). *EnOncean* supports arguments made in WhitServe's briefs opposing the motion, see, e.g., Dkt. 264 at 16-17, Dkt. 313 at 1, and Dkt. 314 at 2-3, 11.

*EnOcean* held that claim elements, for a "receiver for receiving" electromagnetic signals, were not means-plus-function elements. *EnOcean*, slip op. at 6-8. The court applied the presumption that the term "receiver" connotes sufficiently definite structure. *Id.* at 7. Also, the record, including extrinsic evidence and expert declarations, indicated that the term "receiver" conveys known structure to one of skill in the art. *Id.* Further, the "receiver" was sufficiently definite structure, even though the term applied to a broad class of structures. *Id.* at 7-8.

Dated: February 7, 2014    Respectfully submitted,

/s/ Patrick F. Solon
Patrick F. Solon
Dean D. Niro
Daniel R. Ferri
NIRO, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, IL 60602
(312) 236-0733
Fax: (312) 236-3137
Email:  DNiro@nshn.com; solon@nshn.com;
DFerri@nshn.com

William J. Sapone
Ware Fressola Maguire & Barber, LLP
Bradford Green, Building Five
755 Main Street, P.O. Box 224
Monroe, Connecticut  06468
Email:  wjs@warefressola.com
Alternate email:  wjspatent @aol.com
(203) 261-1234 (ext. 312)
Fax:  (203) 261-5676

Attorneys for WhitServe LLC

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **WHITSERVE LLC'S NOTICE OF NEW AUTHORITY** was served electronically this 7th day of February, 2013 and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail at the addresses shown below to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.  A complete, duplicate copy of this document has been forwarded directly to Judge Young in Boston, MA.

Elizabeth J. Stewart (ct01315)
Ka Fei Wong
Jennifer M. DelMonico (ct21751)
Murtha Cullina LLP
Whitney Grove Square
Two Whitney Avenue
4th Floor
New Haven, CT  06510
Tel:   (203) 772-7700
Fax:  (203) 772-7723
Email:  stewart@murthalaw.com
Email:  kwong@murthalaw.com
Email:  jdelmonico@murthalaw.com

Brian W. LaCorte (phv04864)
Jonathon A. Talcott
Kimberly A. Warshawsky
Ballard Spahr LLP (phv04865)
1 East Washington Street (phv04866)
Suite 2300
Phoenix, AZ  85004-2555
Tel:   (602) 798-5449
Fax:  (602) 798-5595
Email:  lacorteb@ballardspahr.com
Email:  talcottj@ballardspahr.com
Email:  warshawskyk@ballardspahr.com

Daniel Nadel (phv05505)
Ballard Spahr LLP
1735 Market Street
51st Floor
Philadelphia, PA  19103
Tel:   (215) 864-8314
Fax:  (215) 864-8999
Email:  NadelD@ballardspahr.com

Katrina M. Quicker
Ballard Spahr LLP
999 Peachtree Street
Atlanta, GA  30309-5915
Tel:   (678) 420-9300
Fax:  (678) 420-9301
Email:  quickerk@ballardspahr.com

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

/s/  Patrick F. Solon
Attorneys for WhitServe LLC